```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


REGINALD BELL,                 )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         2:14cv1167-MHT
                               )              (WO)
ROCK-TENN,                     )
                               )
    Defendant.                 )
```

OPINION AND ORDER

This cause is before the court on the magistrate judge's recommendation that the motion to change venue be granted. No objections to the recommendation have been filed. Upon an independent and de novo review of the record, it is ORDERED that:

1. The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

2. The motion to change venue (doc. no. 7) is granted.

3. This case is transferred to the United States District Court for the Southern District of Alabama.

The clerk of court is DIRECTED to take all such action as is required to effect the transfer.

This case is closed in this court.

DONE, this the 12th day of March, 2015.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE